# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
ST. BERNARD PARISH                   *
GOVERNMENT,                          *
                                     *
            Plaintiff,               *
                                     *   No. 15-1072C
      v.                             *   Filed: June 7, 2018
                                     *
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

On June 6, 2018, the court heard oral argument in the above-captioned case. As requested by and discussed with the parties during the oral argument, on or before **Tuesday, July 3, 2018**, plaintiff shall file a supplemental brief addressing whether the United States' condemnation action in the United States District Court for the Eastern District of Louisiana fully compensated Alfreda Melerine Pizani and Avis Melerine Juan for the government's taking of Ms. Pizani's and Ms. Juan's land, including the borrow material excavated by the United States Army Corps of Engineers (Army Corps) in 2005. On or before **Wednesday, July 18, 2018**, defendant shall file a supplemental brief responding to plaintiff's supplemental brief on the same issue.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**