# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * <br> **ST. BERNARD PARISH GOVERNMENT,** <br><br>                   **Plaintiff,** <br><br>                 v. <br><br> **UNITED STATES,** <br><br>                   **Defendant.** <br> * * * * * * * * * * * * * * * * * * | **No. 15-1072C** <br> **Filed: September 5, 2018** |

## O R D E R

      The court is in receipt of defendant's September 5, 2018 motion for an enlargement of time. In defendant's September 5, 2018 motion, defendant requests that the court enlarge the time to submit its supplemental brief "addressing whether the Pizanis have been fully compensated for their Land through the condemnation action pending in the United States District Court for the Eastern District of Louisiana." Defendant also states that defendant's "counsel has discussed this request with plaintiff's counsel, who stated that plaintiff takes no position regarding this motion."

      On or before **Wednesday, October 3, 2018**, defendant shall submit to the court its supplemental brief regarding whether the United States' condemnation action in the United States District Court for the Eastern District of Louisiana fully compensated Ms. Pizani and Ms. Juan for the government's taking of Ms. Pizani's and Ms. Juan's land.

      **IT IS SO ORDERED**.

                                                                    s/Marian Blank Horn <br>
                                                     **MARIAN BLANK HORN** <br>
                                                                **Judge**